# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK TOMEI, IN HIS CAPACITY AS LIMITED GUARDIAN OF VINCENT TOMEI AND AS EXECUTOR OF THE ESTATE OF MARIE TOMEI, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>OFFICE OF THE 32nd JUDICIAL DISTRICT DELAWARE COUNTY, *ET AL.*,<br><br>*Defendants*. | Case No. 2:20-cv-02429-JDW |

## ORDER

AND NOW, this 20th day of November, 2020, upon consideration of Defendants' Motion To Dismiss Pursuant To Federal Rules Of Civil Procedure 12(b)(1) and 12(b)(6) (ECF No. 9), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that the claims against the Office of the 32nd Judicial District Delaware County, the Delaware County Office of Judicial Support, and Angela Martinez in her official capacity are **DISMISSED WITH PREJUDICE**, and the claims against Angela Martinez in her individual capacity are **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge