IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK TOMEI, IN HIS CAPACITY AS LIMITED GUARDIAN OF VINCENT TOMEI AND AS EXECUTOR OF THE ESTATE OF MARIE TOMEI,** *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**OFFICE OF THE 32nd JUDICIAL DISTRICT DELAWARE COUNTY,** *et al.*,<br><br>*Defendants*. | Case No. 2:20-cv-02429-JDW |

## ORDER

**AND NOW**, this 10th day of March, 2021, upon consideration of Plaintiffs' Motion for Leave to File an Amended Complaint (ECF No. 20), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge